IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA A. BERG, | ) |
| | ) 02:04-cv-2161-GEB-GGH |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| CALIFORNIA HORSE RACING BOARD, ROY C. WOOD, JR., ROY MINAMI, | ) ) |
| | ) |
| Defendants. | ) |

The final pretrial conference is re-scheduled to March 20, 2006, at 1:30 p.m.

IT IS SO ORDERED.

DATED: December 27, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge